LINCOLN SAVINGS BANK, FSB *v.* 770 BOSTON POST ROAD, GUILFORD, LIMITED PARTNERSHIP ET AL.
(10695)

DALY, NORCOTT and LAVERY, Js.

Argued May 1—decision released May 19, 1992

*Roy H. Scharf,* for the appellants (defendant James D. Hennessey et al.).

*Peter S. Gummo,* for the appellees (plaintiffs).

PER CURIAM. The judgment is affirmed.